IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR RAAMSES BENNETT,<br><br>       Plaintiff(s),<br><br>vs.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT,<br><br>       Defendant(s). | No. C 09-0515 MEJ<br><br>**ORDER CONTINUING CMC** |

Due to the undersigned magistrate judge's unavailability on May 14, 2009, the Court hereby CONTINUES the Case Management Conference in this matter to August 6, 2009 at 10:00 a.m. in Courtroom B. All case management deadlines shall be adjusted accordingly.

**IT IS SO ORDERED.**

Dated: April 27, 2009

MARIA-ELENA JAMES
United States Magistrate Judge