PETER P. EDRINGTON, Esq. (074355)
EDRINGTON, SCHIRMER & MURPHY LLP
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA 94523-3936
Telephone: (925) 827-3300
Facsimile: (925) 827-3320

Attorneys for Defendants SAN FRANCISCO BAY
AREA RAPID TRANSIT (BART), GARY GEE,
OFFICER N. FLORES, OFFICER K. GARCIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR RAAMSES BENNETT,<br><br>Plaintiff,<br><br>vs.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT (BART); GARY GEE individually and in his official capacity as Chief of BART Police, OFFICER N. FLORES, OFFICER K. GARCIA, individually and in their official capacities as Police Officers for the BAY AREA RAPID TRANSIT (BART) POLICE DEPARTMENT, and DOES 1-100 inclusive<br><br>Defendants. | CASE NO.: C 09-00515 MHP<br><br>[~~PROPOSED~~] ORDER RE NON APPEARANCE AT ENE OF BART CHIEF OF POLICE GARY GEE |

GOOD CAUSE APPEARING, IT IS SO ORDERED:

That defendant BART Chief of Police GARY GEE is not required to attend the ENE Session scheduled for Monday, November 23, 2009. Both of the named defendant officers will be in attendance. Plaintiff's attorney is in agreement.

DATED: 9-23-09

Wayne D. Brazil
United States ~~District~~ Magistrate Judge

Order Re: ENE                               1